AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
Luis Hallon

Defendant

)
)
)  Case: 1:22-mj-00128
)  Assigned to: Judge Faruqui, Zia M.
)  Assign Date: 6/6/2022
)  Description: COMPLAINT W/ ARREST WARRANT
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Luis Hallon
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Remaining in a Restricted Building With Intent to Impede or Disrupt Official Functions;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Disorderly or Disruptive Conduct on the Capitol Grounds; Parading in a Capitol Building.

Date:   06/06/2022

Zia M. Faruqui
2022.06.06 19:13:59
-04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/6/2022, and the person was arrested on *(date)* 6/15/2022
at *(city and state)* St. Cloud, Florida

Date:   6/15/2022

*Arresting officer's signature*

Jesuel Cortes TFO/JHF
*Printed name and title*